IN THE COURT OF APPEALS

FOR THE STATE OF TEXAS

TWELFTH DISTRICT

KENNETH CRISSUP         §

    PLAINTIFF          §

V.                   § CAUSE NO. **12-15-00027-CV**

WILLIAM STEPHENS,ET AL    §    ( Trial No. 349-7261)

    Defendants         §

12th Court of Appeals District

FEB 2 2015

TYLER TEXAS

CATHY S. LUSK

INMATE DECLARATION

TO THE HONORABLE JUDGE OF SAID COURT:

## PREVIOUS LAWSUITS

Pursuant to §14.004 Texas Civil Practice and Remedies Code, Appellant,Kenneth Crissup,TDCJ # 1258732,currently residing as an inmate at the Michaels Unit in Anderson County,hereby declares as follows:

1.

Kenneth Crissup V. Pamela Kirkpatrick,L. Garrett,William Motal, Todd Foxworth,D. Dewberry,"Unknown Officer",Brad Thaler,Cause No. Pending.Mailed to the 87th District Court on October 22,2012.Nature of suit property damage and loss,personal injury and civil rights violations.

2.

Kenneth Crissup V. William Stephens,ET AL.Filed in the 200th District Court Cause No. D-1-GN-13-001702 on NOvember 12,2012. This cause was misfiled due to a clerks error in the 3rd Court of Appeals under Cause NO. 03-12-00761.Venue was transferred to Anderso County under Cause NO.349-7261.Plaintiff moved to consolidate the previously filed cause in the 87th District Court that was never assigned a file

1.

number.Plaintiff then amended the original complaint that is subject to this appeal.The complaint claims Due Process violations,civil rights violations,breach of contract claims and seeks monetary and injunctive relief.

I,Kenneth Crissup,Appellant,TDCJ # 1258732,and being currently incarcerated in the Michaels Unitof the Texas Department of Criminal Justice in Anderson County,declare under Penalty of Perjury that according to my belief the facts stated in the above declaration are true and correct.

EXECUTED THIS 29th DAY OF JANUARY ,2015.

Kenneth Crissup #1258732